Although the landlord and tenant law says the judgment of the justices shall be final and conclusive, a writ of error lies.

### CLARKE *against* PATTERSON.

#### IN ERROR.

ERROR to the Common Pleas of *Bedford* county, to remove the record of the proceedings of two justices, in a landlord and tenant cause.

*Riddle* for the defendant in error, moved to quash the writ, upon the ground that the act of 21st *March* 1772, declares that the judgment of the justices shall be final and conclusive. 1 *Smith's Laws* 374.

*Duncan* contra, said there had been many cases in which the judgment of the justices had been reversed for error; and cited *Boggs* v. *Black* (a).

*Per Curiam.* There are too many precedents of such judgments removed from the Common Pleas by writ of error, to permit the practice to be questioned. The motion must be denied.

Motion denied.

(a) 1 *Binn.* 333.